UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 2:18-CV-14171-RLR

SUSANA ISAIAS,

    Plaintiff,

v.

MARTIN COUNTY,
A POLITICAL SUBDIVISION OF
THE STATE OF FLORIDA,

    Defendant.

_____/

**NOTICE OF CHANGE OF COUNSEL OF RECORD AND EMAIL DESIGNATION DIRECTIONS TO CLERK TO UPDATE ATTORNEY INFORMATION**

Please be advised that while WARD DAMON POSNER PHETERSON & BLEAU will continue representing the Defendant, MARTIN COUNTY, Denise J. Bleau and Ana P. Moretto are now counsel of record, and respectfully request that copies of all pleadings, motions, notices and orders be served upon the undersigned counsel.

The undersigned further hereby gives notice that all email service of pleadings and papers filed in this action shall be emailed to:

Primary Email Address:    LitService@warddamon.com
Secondary Email Addresses:  dbleau@warddamon.com
                            amoretto@warddamon.com

                By: /s/Ana P. Moretto
                Denise J. Bleau, Esquire
                Florida Bar No. 599514
                Ana P. Moretto, Esquire
                Florida Bar No. 0126347
                WARD DAMON POSNER
                PHETERSON & BLEAU
                *Attorneys for Defendant*
                4420 Beacon Circle
                West Palm Beach, Florida 33407

*Susana Isaias v. Martin County,*
*a Political Subdivision of the State of Florida*
Case No.: 18-cv-14171-RLR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2018, a true copy of the foregoing was filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the Service List below.

By: __/s/ Ana Moretto__
Ana P. Moretto, Esquire
Florida Bar No. 0126347
amoretto@warddamon.com

**SERVICE LIST**

Daniel A. Perez
HOGAN & HOGAN , P.A.
906 East Michigan Street
Orlando, FL 32806
Phone: 407.422.2188
Fax: 407.422.3291
dperez@hoganlegal.com
brene@hoganlegal.com
*Counsel for Plaintiff*