UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-14171-CIV-MAYNARD

SUSANA ISAIAS,

    Plaintiff,

v.

MARTIN COUNTY, FLORIDA,

    Defendant.
_____/

### ORDER OF CLOSE-OUT

**THIS CAUSE** comes before this Court upon the parties' Joint Stipulation for Dismissal with Prejudice (DE 79) where the parties express their agreement to dismiss this case with prejudice pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., following their settlement. It is therefore,

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 9th day of May, 2019.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE